NO. 07-06-0401-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 13, 2006
_____

MICHAEL STEVEN STONE, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 47TH DISTRICT COURT OF POTTER COUNTY;

NO. 46,552-A; HONORABLE HAL MINER, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Pursuant to a guilty plea, appellant Michael Steven Stone was convicted of aggravated sexual assault of a child. His twelve-year sentence was imposed on March 7, 2003. He now seeks to appeal his conviction. We dismiss for want of jurisdiction.

A notice of appeal in a criminal case is required to be filed within 30 days after the day sentence is imposed or suspended in open court, or within 90 days if a timely motion for new trial is filed. Tex. R. App. P. 26.2(a). Rule 26.3 allows for an extension of time if the appellant files a notice of appeal with the trial court within 15 days after the deadline

for filing the notice and files a motion for extension of time in the appellate court.  In the absence of a timely notice of appeal, a court of appeals is without jurisdiction to address the merits of an appeal and can take no action other than to dismiss the appeal.  *Slaton v. State*, 981 S.W.2d 208, 210 (Tex.Crim.App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex.Crim.App. 1996).

The judgment reflects appellant was sentenced on March 7, 2003, making the deadline by which to file the notice of appeal April 7, 2003.[1]  Appellant's pro se document expressing an intent to appeal his conviction was filed on October 5, 2006.[2]  Appellant's notice is untimely and does not invoke our jurisdiction.

Consequently, the appeal is dismissed for want of jurisdiction.

James T. Campbell
Justice

Do not publish.

---

[1]The 30th day fell on Sunday, April 6, 2003, extending the deadline to the following day per Rule 4.1 of the Texas Rules of Appellate Procedure.

[2] We additionally note that Rule of Appellate Procedure 25.2(c) provides that a notice of appeal in a criminal case is to be filed with the trial court clerk.